# United States District Court
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:25-CR-0261-S |
| | § | |
| DERIC POWELL (1) | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the Defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and no objections thereto having been filed within 14 days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty, and **DERIC POWELL (1)** is hereby adjudged guilty of **Count One of the Indictment,** that is **Possession of a Firearm by a Convicted Felon,** in violation of **18 U.S.C. §§ 922(g)(1) and 924(a)(8)**. Sentence will be imposed in accordance with the Court's Scheduling Order.

The Court adopts the findings of the United States Magistrate Judge by clear and convincing evidence that the Defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore be released under 18 U.S.C. § 3142(b) or (c).

**SO ORDERED.**

SIGNED October 8, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**